**Order entered May 1, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00239-CV

### ANGELOS KOLOBOTOS, A/K/A ANGELOS KOLOMBOTOS, ET AL., Appellants

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16384**

### ORDER

Before the Court is appellants' supplement to motion to extend time to file notice of appeal. We **GRANT** the motion and deem the notice of appeal filed February 19, 2020 timely for jurisdictional purposes.

We note the reporter's record has not been filed because appellant has not requested it. Accordingly, we **ORDER** appellants to file, no later than May 11, 2020, written verification they have requested the reporter's record and paid or made arrangements to pay for the record. We caution appellants that failure to file

the requested verification may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/    BILL WHITEHILL
        JUSTICE